**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA CARMEN CORONEL-ORTIZ, | No. 07-71946 |
| Petitioner, | Agency No. A078-535-463 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012[**]

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

Maria Carmen Coronel-Diaz, a native and citizen of Mexico, petitions for

review of a decision of the Board of Immigration Appeals denying, as untimely

and numerically–barred, her second motion to reopen removal proceedings. The

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

BIA declined to exercise its *sua sponte* authority to reopen under 8 C.F.R. §

1003.2(a).

Coronel-Diaz argues that the BIA should have *sua sponte* reopened removal

proceedings, and should have excused her untimely and numerically-barred motion

to reopen.

We lack jurisdiction to review the BIA's discretionary decision whether to

exercise its *sua sponte* authority to reopen under § 8 C.F.R. § 1003.2(a). *See*

*Ekimian v. INS*, 303 F.3d 1153, 1159-60 (9th Cir. 2002). Accordingly, we dismiss

Coronel-Diaz's petition for lack of jurisdiction.

**DISMISSED**.